IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANYA JENKINS, | § | |
| | § | No. 24, 2025 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–the Family |
| | § | Court of the State of Delaware |
| v. | § | |
| | § | File Nos. 23-12-07TN |
| SCOTT JAGGER, | § | CN20-02432 |
| | § | |
| Petitioner Below, | § | Petition Nos. 23-28002 |
| Appellee. | § | 23-28220 |
| | § | |

Submitted: August 15, 2025
Decided: September 30, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's Consolidated Order dated December 24, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice